# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| PM-10 | 9029151 | LATCHFORD | 68-24 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 07/09/2019 0659
Offense Charged: 75 PACS 1501 / 18 USC ASSIMILATION ACT (State Code)

Place of Offense: 710 R SUMMER RD, CARLISLE BARRACKS, PA 17013

Offense Description: Factual Basis for Charge: DRIVER REQUIRED TO BE LICENSED

### DEFENDANT INFORMATION

Phone: (443) 245-2878
Last Name: BATTLE
First Name: RODNEY
M.I.: L
Street Address: 1834 COBRA DR, FAYETTEVILLE
City: FAYETTEVILLE
State: NC
Zip Code: 28304
Date of Birth: 08/08/1985
Drivers License No.: 000039995732  ID ONLY
D.L. State: NC
Social Security No.: 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
Sex: Male
Hair: BLK
Eyes: BROWN
Height: 5'9"
Weight: 160

### VEHICLE
VIN: 1FADP3F29HL305P27
Tag No.: FAB4311
State: NC
Year: 17
Make/Model: FORD FOCUS
Color: BLACK

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ 200 Forfeiture Amount
+ $30 Processing Fee
$ 230.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: U.S. District Court, (717)221-3920, 228 Walnut Street, Harrisburg, PA 17108
Date: 21 AUG 2019
Time: 0700

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 9th, 2019 while exercising my duties as a law enforcement officer in the MIDDLE District of PENNSYLVANIA

~~On 9 July 2019, at approximately 0636hrs, DASG Ponce observed a black in color Ford sedan turn onto the installation illegally from Claremont Rd against the posted signs clearly stating "NO TURNS". I stopped the vehicle was and made contact with the driver, Battle, Rodney Lee. Battle provided me with a North Carolina Identification Card. An NCIC check of Mr. Battle's driving privileges revealed he did not have a valid driver's license. Battle was issued a written warning (A184848) for failing to obey traffic control device (No turns sign). Battle was then released on his written promise to appear in court on 21 August 2019 or pay the collateral amount.~~

The foregoing statement is based upon:
☑ my personal observation    ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/09/2019

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/22/2019 14:14